1999-DP-00975-SCT